# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FIRST FRANKLIN FINANCIAL CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 05-2246-CM |
| ) | |
| **OLIVER LOGAN, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

On September 27, 2005, Magistrate Judge David J. Waxse entered an Order to Show Cause (Doc. 5) directing defendant Oliver Logan to show cause, on or before October 11, 2005, why this case should not be remanded to state court for failure to comply with D. Kan. R. 81.2. Specifically, defendant failed to file the state court record with this court within 20 days after filing the notice of removal from the state court, as is required by D. Kan. R. 81.2.

Defendant has failed to respond to the court's September 27, 2005 Order and has not filed the state court record.

**IT IS THEREFORE ORDERED** that this case be remanded to the District Court of Johnson County, Kansas.

Dated this 25th day of January 2006, at Kansas City, Kansas.

                                s/ Carlos Murguia
                                CARLOS MURGUIA
                                United States District Judge